IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KINDRED NURSING CENTERS )
LIMITED PARTNERSHIP, a )
Delaware Limited Partnership, )
)
Plaintiff, )
)
v. ) CASE NO. CV409-105
)
CYNTHIA JONES, as Temporary )
Administrator of the Estate )
of Louise Nedd, and JOSEPH )
NEDD, individually, )
)
Defendants. )

## ORDER

On March 16, 2011, the Court granted Plaintiff's Motion for Summary Judgment and compelled the parties to arbitrate their dispute, notifying the Court within ten days of any final decision by the arbiter. (Doc. 68.) Defendants subsequently appealed that order. (Doc. 69.) While on appeal, however, the parties settled their dispute outside of arbitration and Defendants' appeal was dismissed by the Eleventh Circuit. (Doc. 72; Doc. 73.) As a result, Plaintiff's complaint is **DISMISSED** and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA